Eric B. Myers, SBN 8588
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
1630 South Commerce Street, Suite 1-A
Las Vegas, NV 89102
Tel: (702)386-5107
Fax: (702)386-9848
E-mail:  ebm@msh.law

*Attorneys for Defendant Teamsters, Chauffeurs,
Warehousemen and Helpers, Local Union No. 631*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM N. COVELL, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>FREEMAN EXPOSITIONS. LLC d/b/a FREEMAN, a Foreign Limited Liability Company; TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS, LOCAL UNION NO. 631; DOES I through X, inclusive; and ROE ENTITIES I through X; inclusive,<br><br>        Defendants. | Case No. 2:20-cv-01058-RFB-NJK<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS, LOCAL UNION 631 TO ANSWER OR RESPOND**<br>**(FIRST REQUEST)** |

Defendant Teamsters, Chauffeurs, Warehousemen and Helpers, Local No. 631 ("Local 631") hereby files this stipulated motion for an extension of seven (7) days in which to file Local 631's answer or other responsive pleading to the complaint in this case.  Local 631 was served with summons and complaint on June 26, 2020, making its answer due on July 17, 2020.  By this extension, Local 631 shall have on and through July 24, 2020 to file its answer or other response.  This extension

1  is not sought in order to delay, but to allow counsel to investigate the allegations and formulate a
2  proper answer or response.  A proposed order is attached.
3  IT IS SO STIPULATED.
4  Dated: July 14, 2020               Respectfully Submitted,

**McCRACKEN, STEMERMAN & HOLSBERRY, LLP.**

*/s/Eric B. Myers*
Eric B. Myers, SBN 8588
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
1630 South Commerce Street, Suite 1-A
Las Vegas, NV 89102
Tel: (702)386-5107
Fax: (702)386-9848
E-mail:  ebm@msh.law

*Attorneys for Defendant Teamsters, Chauffeurs,
Warehousemen and Helpers, Local Union 631*

Dated: July 14, 2020               **LAW OFFICE OF VERNON L. BAILEY**

*/s/Vernon L. Bailey*
VERNON L. BAILEY, ESQUIRE
Nevada Bar No. 9753
8430 W. Lake Mead Blvd., Suite I 00
Las Vegas, NV 89128
(702) 877-6444
vbailey@vernonbaileylaw.com

*Attorney for Plaintiff*

IT IS SO ORDERED.
Dated:  July 15, 2020
.
.
_____
Nancy J. Koppe
United States Magistrate Judge