Paul T. Trimmer
Nevada State Bar No. 9291
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email:  paul.trimmer@jacksonlewis.com
             lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendant*
*Freeman Expositions, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM N. COVELL, JR.<br><br>             Plaintiff,<br><br>      vs.<br><br>FREEMAN EXPOSITIONS, LLC d/b/a FREEMAN, a Foreign Limited Liability Company; TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS, LOCAL UNION NO. 631; DOES I through X, inclusive; and ROE ENTITIES I through X; inclusive,<br><br>             Defendants. | Case No.: 2:20-cv-01058-RFB-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT FREEMAN EXPOSITIONS, LLC TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiff WILLIAM N. COVELL, JR. ("Plaintiff"), through his counsel, Vernon L. Bailey, and Defendant, Freeman Expositions, LLC, doing business as Freeman ("Defendant"), by and through its counsel, Jackson Lewis P.C., that Defendant shall have an extension up to and including August 3, 2020, in which to file its response to Plaintiff's Complaint.  This Stipulation is submitted and based upon the following:

1. Plaintiff filed his Complaint on June 13, 2020.  ECF No. 1.  Defendant was served with the Summons and Complaint on June 29, 2020.  ECF No. 7.

2. Defendant's response to the Complaint was due on July 20, 2020.

///

3. Counsel for Defendant was recently retained in this matter. Due to the press of other matters, including adjustments made necessary by the COVID-19 pandemic, and in order to fully respond to the pleading, Defendant requires additional time to respond to the Complaint. Defendant accordingly requests an extension, up to and including August 3, 2020, to file its responsive pleading.

4. This is the first request for an extension of time for Defendant to file a response to Plaintiff's Complaint.

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall be construed as waiving any claim and/or defense held by any party.

Dated this 29th day of July, 2020

| LAW OFFICE OF VERNON L. BAILEY | JACKSON LEWIS P.C. |
|---|---|
| /s/ Vernon L. Bailey<br>Vernon L. Bailey, NV SBN 9753<br>8430 W. Lake Mead Blvd., Suite 100<br>Las Vegas, NV 89128<br>Phone: (702) 877-6444<br>Email: vbailey@vernonbaileylaw.com<br><br>Attorneys for Plaintiff | /s/ Paul T. Trimmer<br>Paul T. Trimmer, NV SBN 9291<br>Lynne K. McChrystal, NV SBN 14739<br>JACKSON LEWIS P.C.<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Tel: (702) 921-2460<br>Email: lisa.mcclane@jacksonlewis.com<br>Email: daniel.aquino@jacksonlewis.com<br><br>Attorneys for Defendant |

## **ORDER**

For good cause shown, this Stipulation to Extend Time for Defendant Freeman Expositions, LLC to file a response to Plaintiff's Complaint is granted. Defendant shall have on and through August 3, 2020 to file its responsive pleading to the Complaint.

IT IS SO ORDERED.

_____
U.S. ~~District~~/Magistrate Judge

Dated: July 30, 2020

4830-6988-6405, v. 1