| | |
|---|---|
| HOLMAN LAW OFFICE<br>Kristina S. Holman, SBN No. 3742<br>8275 S. Eastern Ave., Suite 215<br>Las Vegas, NV 89123<br>Tel: (702) 614-4777<br>Fax: (702) 487-3128<br>Email: *kholman@kristinaholman.com*<br>*Attorney for Plaintiff,*<br>*William N. Covell, Jr.* | |

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM N. COVELL, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>FREEMAN EXPOSITIONS, LLC, et al.,<br><br>Defendants. | CASE NO.: 2:20-cv-01058-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANTS', FREEMAN EXPOSITIONS, LLC AND TEAMSTERS LOCAL UNION NO. 631, MOTIONS FOR SUMMARY JUDGMENT**<br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, that Plaintiff, WILLIAM N. COVELL, JR., has until **Tuesday, June 1, 2021** to file his Opposition to Defendants' Motions for Summary Judgment. This is an extension of time from the current due date of May 21, 2021.

. . .

. . .

. . .

. . .

-1-

This stipulation and order is sought in good faith and not for the purpose of delay. This is the second request for an extension of time.

Dated this 21st day of May, 2021.

| HOLMAN LAW OFFICE | MCCRACKEN, STEMERMAN & HOLSBERRY, LLP |
|---|---|
| By: /s/ Kristina S. Holman<br>Kristina S. Holman, Bar # 3742<br>8275 S. Eastern Ave., Suite 215<br>Las Vegas, Nevada 89123<br>*Attorney for Plaintiff,*<br>*William N. Covell, Jr.* | By:/s/ Eric B. Myers<br>Eric B. Myers SBN 8588<br>1630 South Commerce Street, Suite 1-A<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendant Teamsters, Chauffeurs,*<br>*Warehousemen and Helpers, Local Union No. 631* |

JACKSON LEWIS P.C.

By: /s/ Lynne K. McChrystal
Lynne McChrystal
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Attorney for Defendant,
*Freeman Expositions, LLC dba Freeman*

## **ORDER**

IT IS SO ORDERED.

Dated this  24th  day of   May   , 2021

_____
RICHARD F. BOULWARE, II
United States District Court