HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
8275 S. Eastern Ave., Suite 215
Las Vegas, NV 89123
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: kholman@kristinaholman.com
*Attorney for Plaintiff,*
*William N. Covell, Jr.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM N. COVELL, JR., <br><br>Plaintiff, <br><br>vs. <br><br>FREEMAN EXPOSITIONS, LLC, et al., <br><br>Defendants. | CASE NO.: 2:20-cv-01058-RFB-NJK <br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANTS', FREEMAN EXPOSITIONS, LLC AND TEAMSTERS LOCAL UNION NO. 631, MOTIONS FOR SUMMARY JUDGMENT** <br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, that Plaintiff, WILLIAM N. COVELL, JR., has until **Tuesday, June 8, 2021** to file his Opposition to Defendants' Motions for Summary Judgment. This is an extension of time from the current due date of June 1, 2021.

. . .

. . .

. . .

. . .

-1-

This stipulation and order is sought in good faith and not for the purpose of delay. This is the third request for an extension of time.

Dated this 1st day of June, 2021.

HOLMAN LAW OFFICE

By: /s/ Kristina S. Holman
Kristina S. Holman, Bar # 3742
8275 S. Eastern Ave., Suite 215
Las Vegas, Nevada 89123
*Attorney for Plaintiff,*
*William N. Covell, Jr.*

MCCRACKEN, STEMERMAN & HOLSBERRY, LLP

By:/s/ Eric B. Myers
Eric B. Myers SBN 8588
1630 South Commerce Street, Suite 1-A
Las Vegas, Nevada 89102
*Attorneys for Defendant Teamsters, Chauffeurs,*
*Warehousemen and Helpers, Local Union No. 631*

JACKSON LEWIS P.C.

By: /s/ Lynne K. McChrystal
Lynne McChrystal
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Attorney for Defendant,
*Freeman Expositions, LLC dba Freeman*

## ORDER

IT IS SO ORDERED.

Dated this 4th day of June, 2021

_____
**RICHARD F. BOULWARE, II**
**United States District Court**