HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
8275 S. Eastern Ave., Suite 215
Las Vegas, NV 89123
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: *kholman@kristinaholman.com*
*Attorney for Plaintiff,*
*William N. Covell, Jr.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM N. COVELL, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>FREEMAN EXPOSITIONS, LLC, et al.,<br><br>Defendants. | CASE NO.: 2:20-cv-01058-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HIS OPPOSITION TO DEFENDANTS', FREEMAN EXPOSITIONS, LLC AND TEAMSTERS LOCAL UNION NO. 631, MOTIONS FOR SUMMARY JUDGMENT**<br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, that Plaintiff, WILLIAM N. COVELL, JR., has until **Friday, June 11, 2021** to file his Opposition to Defendants' Motions for Summary Judgment. This is an extension of time from the current due date of June 8, 2021.

. . .

. . .

. . .

. . .

This is the final extension requested by stipulation. This stipulation and order is sought in good faith and not for the purpose of delay. This is the fourth request for an extension of time.

Dated this 8st day of June, 2021.

| HOLMAN LAW OFFICE | MCCRACKEN, STEMERMAN & HOLSBERRY, LLP |
|---|---|
| By: /s/ Kristina S. Holman | By:/s/ Eric B. Myers |
| Kristina S. Holman, Bar # 3742 | Eric B. Myers SBN 8588 |
| 8275 S. Eastern Ave., Suite 215 | 1630 South Commerce Street, Suite 1-A |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89102 |
| *Attorney for Plaintiff,* | *Attorneys for Defendant Teamsters, Chauffeurs,* |
| *William N. Covell, Jr.* | *Warehousemen and Helpers, Local Union No. 631* |

JACKSON LEWIS P.C.

By: /s/ Lynne K. McChrystal
Lynne McChrystal
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Attorney for Defendant,
*Freeman Expositions, LLC dba Freeman*

## **ORDER**

IT IS SO ORDERED.

Dated this  9th  day of  June , 2021

_____
RICHARD F. BOULWARE, II
United States District Court