| | |
|---|---|
| 1 | Paul T. Trimmer |
| | Nevada State Bar No. 9291 |
| 2 | Lynne K. McChrystal |
| | Nevada State Bar No. 14739 |
| 3 | **JACKSON LEWIS P.C.** |
| | 300 S. Fourth Street, Suite 900 |
| 4 | Las Vegas, Nevada 89101 |
| | Tel: (702) 921-2460 |
| 5 | Email: paul.trimmer@jacksonlewis.com |
| | lynne.mcchrystal@jacksonlewis.com |
| 6 | |
| | *Attorneys for Defendant* |
| 7 | *Freeman Expositions, LLC* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIAM N. COVELL, JR. | | Case No.: 2:20-cv-01058-RFB-NJK |
| Plaintiff, | | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE REPLIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | | |
| FREEMAN EXPOSITIONS, LLC d/b/a FREEMAN, a Foreign Limited Liability Company; TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS, LOCAL UNION NO. 631; DOES I through X, inclusive; and ROE ENTITIES I through X; inclusive, | | |
| | | **(FIRST REQUEST)** |
| Defendants. | | |

Defendant, Freeman Expositions, LLC ("Freeman"), by and through its counsel, Jackson Lewis P.C., Defendant Teamsters, Chauffeurs, Warehousemen and Helpers, Local Union No. 631 ("Local 631"), by and through its counsel McCracken, Stemerman & Holsberry, LLP, and Plaintiff William N. Covell, Jr. ("Plaintiff"), by and through his counsel Holman Law Office, hereby stipulate and agree to extend the time for Defendants to file a reply in support of Defendants' respective Motions for Summary Judgment. Plaintiff filed his Opposition to both Defendants' Motions for Summary Judgment on June 11, 2021, and Defendants' replies are due on June 25, 2021. Plaintiff and Defendants have agreed to an extension of time for Defendants to file their replies.

Defendants shall, therefore, have a five (5) day extension up to and including July 2, 2021, to file their replies.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 22nd day of June, 2021.

| MCCRACKEN, STEMERMAN & HOLSBERRY, LLP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Eric B. Myers* <br> Eric B. Myers, NV SBN 8588 <br> 1630 S. Commerce St, Suite 1-A <br> Las Vegas, NV 89102 | */s/ Lynne K. McChrystal* <br> Paul T. Trimmer, NV SBN 9291 <br> Lynne K. McChrystal, NV SBN 14739 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Defendant Teamsters Local Union No. 631* | *Attorneys for Defendant Freeman Expositions, LLC* |

HOLMAN LAW OFFICE

*/s/ Kristina S. Holman*
Kristina S. Holman
8275 S. Eastern Ave., Suite 215
Las Vegas, NV 89123

*Attorney for Plaintiff*

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 22nd day of June, 2021.